**No. 43869.**—Protest 706357–G of Geo. E. Mallinson Importing Co. (Philadelphia).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

**No. 43870.**—Protest 971985–G of P. J. Frawley (Los Angeles).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained. The claim that the correct dollar value is $384 and not $3,840 as shown on the entry was sustained on the record presented.

**No. 43871.**—Protest 550088–G, of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the candlesticks in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed. It was stipulated that the whisky bottles consist of blown glass decanters designed for use on the table. The claim at 60 percent under paragraph 218 (f) was therefore sustained.

**No. 43872.**—Protests 943721–G, etc., of Levin Bros. (New York).

Opinion by DALLINGER, J. Pencil sharpeners similar to those the subject of Abstract 41633 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43873.**—Protests 19404–K, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. Pencil sharpeners similar to those the subject of Abstract 41633 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43874.**—Protests 966959–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. On the evidence presented pencil sharpeners similar to those the subject of Abstract 41633 and dime savings banks like those passed upon in Abstract 42749 were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339.